**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| IN RE: | * | |
| MNL TRUCK SALES, INC. | * | CASE NO.: 17-50395 |
| Debtors. | * | Chapter 7 |
| | * | |

**NOTICE OF WITHDRAWL OF MOTION FOR CONTEMPT**

Hancock Bank, a trade name of Whitney Bank ("Hancock" or "Lender"), a secured creditor in this bankruptcy proceeding, and hereby withdraws its Motion for Contempt (DOC 51), due to an improper certificate of service. Hancock Bank will correct the service and will refile the Motion.

Respectfully submitted,

s/J. Robert Turnipseed
Thomas P. Oldweiler (MS Bar No. 3925)
tpo@ajlaw.com
J. Robert Turnipseed (MS Bar No. 10795)
jrt@ajlaw.com
H. James Koch (MS Bar No. 100880)
hjk@ajlaw.com
Armbrecht Jackson LLP
P. O. Box 290
Mobile, Alabama 36601
Telephone:   (251) 405-1300
Facsimile:    (251) 432-6843

Attorneys for Hancock Bank

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James G. McGee, Jr., Esq.
James G. McGee, Jr. PLLC
125 S. Congress Street, Suite 1240
Jackson, MS  39201

*U.S. Trustee*
United States Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

Jacob C Zweig
Evans Petree PC
1000 Ridgeway Loop Road Suite 200
Memphis, TN 38120
901-271-0726
901-374-7486 (fax)
jzweig@evanspetree.com

*Trustee*
Kimberly R. Lentz, Esq.
2505 14th Street, Suite 100
Gulfport, MS 39501

Nathan L. Prescott, Esq.
Page, Mannino, Peresich &
   McDermott, PLLC
P.O. Drawer 289
Biloxi, MS 39533

Olivia Spencer
King & Spencer
PO Box 123
Jackson, MS 39205
601-948-1547
601-352-8634 (fax)
spencer@kingandspencer.net

and have served a copy of this pleading by U.S. Mail, first class postage prepaid upon the following:

Matthew L. Normand
10998 Channelside Drive
Gulfport, Mississippi 39503


                                        s/J. Robert Turnipseed